# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., | |
| Plaintiff, | CIVIL ACTION NO. 6:21-cv-1052-ADA |
| v. | |
| COMERICA BANK, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## PLAINTIFF TEXTILE COMPUTER SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Textile Computer Systems, Inc. ("Textile") is a Texas corporation. Textile has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: October 27, 2021

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis

        State Bar No. 24054605
        sdavis@stafforddavisfirm.com
        Catherine Bartles
        Texas Bar No. 24104849
        cbartles@stafforddavisfirm.com
        THE STAFFORD DAVIS FIRM
        815 South Broadway Avenue
        Tyler, Texas 75701
        (903) 593-7000
        (903) 705-7369 fax

*Attorneys for Textile Computer Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/ *Matthew J. Antonelli*
        Matthew J. Antonelli